# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

MICHAEL MASON,                )
                                    )
              Plaintiff,     )
                                    )
         vs.            )    Case No. 1:13-cv-1505-WTL-MJD
                                    )
CORIZON MEDICAL SERVICES and N.  )
  TAFOYA,                   )
                                    )
             Defendants.  )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 04/17/2014

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Mason
3006 Park St.
Indianapolis, IN 46205

All electronically registered counsel